IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00203-RPM

CRYSTAL ROGERS and
MICHAEL BAROS,

      Plaintiffs,

v.

DONOVAN JAMES, M.D.,

      Defendant.

_____

ORDER DENYING DEFENDANT'S MOTION TO DISMISS CLAIM FOR PUNITIVE DAMAGES
_____

On April 4, 2011, the defendant filed a motion to dismiss the plaintiffs' claim for exemplary damages in the complaint, relying on a Colorado procedural provision that prohibits such pleading at the complaint stage of the litigation. That statute is procedural and not applicable. Whether a jury will be permitted to consider exemplary damages will depend upon the evidence submitted at the trial. Accordingly, it is

ORDERED that the defendant's motion to dismiss is denied.

DATED: April 6th, 2011

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior Judge