IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00203-RPM

CRYSTAL ROGERS and
MICHAEL BAROS,

    Plaintiffs,

v.

DONOVAN JAMES, M.D.,

    Defendant.

_____

ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

    On August 4, 2011, this Court entered an order granting defendant additional time, to and including September 2, 2011, to respond to the motion to amend the complaint. Nothing further has been filed and it is therefore

    ORDERED that the motion to amend [20] is granted and the amended complaint attached thereto is accepted for filing.

    DATED: September 15th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge