# IN THE UNITED STATES DISTRICT COIURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00203-RPM-BNB

CRYSTAL ROGERS and
MICHAEL BAROS,

    Plaintiffs,

v.

DONOVAN JAMES, M.D.,

    Defendant.

___

## ORDER OF DISMISSAL WITH PREJUDICE
___

It having been stipulated and agreed between the attorneys for Plaintiffs, Crystal Rogers and Michael Baros, and Defendant, Donovan James, MD, that all complaints and amendments thereto in the above case may be dismissed with prejudice.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint and any amendments thereto, and any other pleadings asserting claims against the said Defendant Donovan James, in this action, be and hereby are dismissed with prejudice, each party to pay their own costs and fees.

DONE this 6th day of October, 2011.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge